

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* <br><br> JOYCE SIMONELLI, <br>    Debtor | Ch. 13 <br> 21-10900-CJP |

### Order of Dismissal

Due to the failure of the Debtor to comply with the Court's Order of 6/30/2021 and the Debtor having failed to file timely the required documents, it is hereby ordered that the above-entitled case be and hereby is <u>dismissed</u>.

Dated: 7/30/2021

By the Court,

Christopher J. Panos
United States Bankruptcy Judge