**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: Joyce Simonelli<br>Debtor, | Chapter: 13<br>Case No: 21–10900<br>Judge Christopher J. Panos |

**NOTICE OF DISMISSAL**

You are hereby notified that an Order Dismissing the above **Debtor** was entered on 7/30/21 .

Date:8/16/21

By the Court,

Alberto Barrera
Deputy Clerk
508–770–8932

25